UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                Plaintiff,

      v.

THE GOVERNMENT
ACCOUNTABILITY OFFICE, et al.,

                Defendants.

CASE NO. C26-238-RSM

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's proposed complaint (Dkt. 1) is dismissed without prejudice, the IFP application is denied (Dkt. 1, at 27), all pending Motions are denied, and this case is closed.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 10th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1